JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| GARY OSBOURNE DAWSON, | ) CV 13-4652-CJC (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| M. BITER, | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: March 10, 2014

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE